# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-2925
LT Case No. 2021-DP-000120-A

———————————————

D.H., MOTHER of K.W., a CHILD,

   Appellant,

   v.

DEPARTMENT of CHILDREN
and FAMILIES,

   Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Michael Kalil, Judge.

Amanda Peterson, of Law Offices of Peterson, P.A., Mulberry,
for Appellant.

Sarah J. Rumph, of Children's Legal Services, Department of
Children and Families, Tallahassee, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Laura J. Lee, Assistant Director of Appeals, of Guardian ad
Litem, Tallahassee, for Guardian ad Litem Program.

April 1, 2024

PER CURIAM.

AFFIRMED.

WALLIS, LAMBERT, and MACIVER, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————